```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 07663
   PHYLLIS LUCKETT
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1503


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/04/2005 and was confirmed 05/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.19% from remaining funds.

     The case was paid in full 04/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
AFFILIATED RADIOLOGISTS   UNSECURED      NOT FILED          .00           .00
AFFILIATED RADIOLOGISTS   NOTICE ONLY    NOT FILED          .00           .00
AMERICAN FAIR CREDIT ASO  UNSECURED      NOT FILED          .00           .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED          .00           .00
AMERITECH                 NOTICE ONLY    NOT FILED          .00           .00
ASPIRE                    UNSECURED OTH    263.53           .00         61.13
CREDITORS DISCOUNT AUDIT  UNSECURED      NOT FILED          .00           .00
CENTRAL STATES BOARD      UNSECURED      NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED       4085.00           .00        947.49
DIRECT TV                 UNSECURED      NOT FILED          .00           .00
DIRECT TV                 NOTICE ONLY    NOT FILED          .00           .00
DR ISABEL SUASTEGUI MURS  UNSECURED      NOT FILED          .00           .00
FRED J MARCHESE           UNSECURED      NOT FILED          .00           .00
HARRIS & HARRIS           UNSECURED      NOT FILED          .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED      NOT FILED          .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED      NOT FILED          .00           .00
MCS                       UNSECURED      NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED      NOT FILED          .00           .00
MEDICAL RECOVERY SPECIAL  UNSECURED      NOT FILED          .00           .00
NATIONWIDE CREDIT SERVIC  UNSECURED      NOT FILED          .00           .00
NICOR GAS                 UNSECURED      NOT FILED          .00           .00
PATHOLOGY CHP SC          UNSECURED      NOT FILED          .00           .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED          .00           .00
RUSH PRESBYTERIAN ST LUK  UNSECURED      NOT FILED          .00           .00
RUSH UNIVERSITY MEDICAL   NOTICE ONLY    NOT FILED          .00           .00
SPRINT PCS                UNSECURED      NOT FILED          .00           .00
SPRINT                    NOTICE ONLY    NOT FILED          .00           .00
TCF BANK                  UNSECURED      NOT FILED          .00           .00
TCF BANK                  NOTICE ONLY    NOT FILED          .00           .00
THE CENTER FOR WOMEN      UNSECURED      NOT FILED          .00           .00
TOYS R US                 UNSECURED      NOT FILED          .00           .00
TOYS R US                 NOTICE ONLY    NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 07663 PHYLLIS LUCKETT
```

```
US CELLULAR              UNSECURED      NOT FILED          .00              .00
LVNV FUNDING LLC         UNSECURED      7122.03            .00          1651.91
WELLS FARGO ACCEPTANCE   NOTICE ONLY    NOT FILED          .00              .00
WESTLAKE COMMUNITY HOSPI UNSECURED      NOT FILED          .00              .00
WESTLAKE HOSPITAL        NOTICE ONLY    NOT FILED          .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    1,599.20                        1,599.20
TOM VAUGHN               TRUSTEE                                          240.27
DEBTOR REFUND            REFUND                                              .00
```

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
```
                         RECEIPTS            DISBURSEMENTS
```
---------------------------------------------------------------------------
```
TRUSTEE                  4,500.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        2,660.53
ADMINISTRATIVE                                   1,599.20
TRUSTEE COMPENSATION                               240.27
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   4,500.00             4,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/29/08         _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE